UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

**Case No.:** 5:26-cv-04083-RGK-BFM **Date:** August 3, 2026

**Title:** *Carlos Cruz Barajas v. James Janecka*

==========================================================

Present: The Honorable Brianna Fuller Mircheff, United States Magistrate Judge

| Christianna Howard | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondents: |
|---|---|
| N/A | N/A |

**Proceedings: (In Chambers) Order Re: Petitioner's Reply**

The Court has received the Petition, in which Petitioner Carlos Cruz Barajas challenges his immigration detention. (ECF 1 ("Pet.).) He argues that the removal proceedings should be stayed, or other relief granted, because he has a pending U-visa application and a fear of being returned to his home country. (ECF 1 ("Pet.") at 4, 7.) Respondent filed an Answer in which they state that their records do not reflect that Petitioner has a pending U visa application. (ECF 7 at 2.) Moreover, the immigration court's website does not show any pending applications or future hearings scheduled. *See* Automated Case Information, https://acis.eoir.justice.gov/en/caseInformation.

Petitioner may file a written response to the Respondents' Answer. In it, he may explain whether he agrees or disagrees with Respondents' arguments. He can clarify the basis of his claims. He can also attach any documents he wants the Court to review, such as evidence he filed a U visa application.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

**Case No.:** 5:26-cv-04083-RGK-BFM **Date:** August 3, 2026

**Title:** *Carlos Cruz Barajas v. James Janecka*

==========================================================

Petitioner's response is due on **August 13, 2026**. If Petitioner needs more time to respond, he may ask for more time.

**IT IS SO ORDERED**.

cc: Carlos Cruz Barajas, pro se
Counsel of record

Initials of Preparer: ch