UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

**Case No.:** 5:26-cv-04083-RGK-BFM **Date:** August 17, 2026

**Title:** *Carlos Cruz Barajas v. James Janecka*

================================================================

Present: The Honorable Brianna Fuller Mircheff, United States Magistrate Judge

| Christianna Howard | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondents: |
|---|---|
| N/A | N/A |

**Proceedings: (In Chambers) Order Re: Petition**

Pending before the Court is a § 2241 Petition, in which Petitioner Carlos Cruz Barajas challenges his immigration proceedings and detention. (ECF 1 ("Pet.).) He argues that the removal proceedings should be stayed, or other relief granted, because he has a pending U-visa application, because he is the provider for his children, and because he fears being returned to his home country. (ECF 1 ("Pet.") at 4, 6-7.) Respondent filed an Answer in which they state that their records do not reflect that Petitioner has a pending U visa application. (ECF 7 at 2.) They further indicate that this Court has no authority to stay Petitioner's removal and no basis to find that his detention is unlawful. (ECF 7 at 2-3.) In his Reply, Petitioner seems to concede that he is not entitled to release *now*; he now asks that he be released once he has been in detention for 90 days, on the grounds that his pending U Visa application makes it unlikely he will be removed in the foreseeable future. (ECF 11 at 2.) He asks for at least 30 more days to get a copy of his U Visa application and

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

**Case No.:** 5:26-cv-04083-RGK-BFM **Date:** August 17, 2026

**Title:** *Carlos Cruz Barajas v. James Janecka*

==========================================================

submit a copy of it to the Court. (*Id.*)[1]

The existence of a U visa application is at least theoretically relevant to Petitioner's detention. *See Immigration Center for Women and Children v. Noem*, No. 2:25-cv-09848-AB-AS, ___ F.R.D. ___, 2026 WL 1455004, at *34, 47 (C.D. Cal. May 20, 2026) (enjoining policies that had resulted in the "routine detention and removal" of certain U visa petitioners).

The Court therefore grants Petitioner's request to hold adjudication of his Petition for 30 days pending receipt of further briefing or evidence. Petitioner shall submit such information to the Court **no later than September 17, 2026**. If Petitioner supplements his submissions, Respondents may file a supplemental reply no later than seven days after Petitioner's submission is docketed. The matter will be taken under submission as of the deadline for Respondents' response, or if Petitioner does not file a supplement, as of his deadline for doing so.

This Order does not adjudicate the separate request for a stay of removal (ECF 10), which remains pending.

cc: Carlos Cruz Barajas, pro se
Counsel of record

Initials of Preparer: ch

[1] Respondents read the Reply as asking for time to *file* a U Visa application. (ECF 13 at 2.) Giving Petitioner the benefit of the doubt, his request is for time to supply evidence of an existing application. (ECF 10 at 2; ECF 12 at 2.)