JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

CARLOS CRUZ BARAJAS,
Petitioner,
v.
JAMES JANECKA,
Respondent.

No. 5:26-cv-04083-RGK-BFM

**JUDGMENT**

Pursuant to the Order Denying Petition (ECF 27), IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Petition (ECF 1) is denied without prejudice. The Court directs the Clerk of Court to close this case.

DATED: 10/16/2026

HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE